ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBA No. 32245.
Head of Program Litigation 1
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    Program Litigation 1 | Law & Policy
    Social Security Administration
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (510) 970-4822
    E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDI ARWOOD, o.b.o., D.D.J., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | No. 1:25-cv-00736-SKO <br><br> **STIPULATION FOR EXTENSION TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** <br><br> (Doc. 19) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's motion for summary judgment be extended from September 24 to October 24, 2025. Defendant respectfully requests this extension because his counsel has 6 summary judgment briefs due between September 18 and September 24, and needs additional time to respond to Plaintiff's brief.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall file a responsive brief on or before October 24, 2025;

- Plaintiff's optional reply will be due within 14 days of the filing of Defendant's brief (on or before November 7, 2025).

Respectfully submitted,

DATE: September 19, 2025        */s/ Paul Sachelari*\*
PAUL SACHELARI
Attorney for Plaintiff
(\* approved via email on 9/19/25)

ERIC GRANT
United States Attorney

DATE: September 19, 2025    By    *s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation and unopposed motion, (Doc. 19), and for good cause shown, (Fed. R. Civ. P. 16(b)(4)),

IT IS ORDERED that the Commissioner shall have up to and including October 24, 2025, to serve Defendant's Cross-Motion for Summary Judgment on Plaintiff. All other dates in the Scheduling Order, (Doc. 4), are enlarged accordingly.

IT IS SO ORDERED.

Dated:  **September 19, 2025**          /s/ *Sheila K. Oberto*
                    UNITED STATES MAGISTRATE JUDGE

2