ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBA No. 32245.
Head of Program Litigation 1
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    Program Litigation 1 | Law & Policy
    Social Security Administration
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (510) 970-4822
    E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDI ARWOOD, o.b.o., D.D.J.,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 1:25-cv-00736-SKO<br><br>SECOND STIPULATION AND UNOPPOSED MOTION FOR EXTENSION TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; ORDER<br><br>(Doc. 21) |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's motion for summary judgment be extended from October 24 to November 24, 2025. This is Defendant's second request for an extension.

    At the end of the day on September 30, 2025, the appropriations that have been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for most Executive agencies, including federal defendant Social Security Administration (SSA). It is not clear when funding will be restored by Congress.

Absent an appropriation or continuing resolution, Department of Justice and SSA attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. That exception is not deemed to include most civil cases.

Undersigned counsel for therefore requests an extension of time for 30 days. Subsequent to restored appropriations, counsel may also need to request extensions on other impacted deadlines.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall file a responsive brief on or before November 24 24, 2025;
- Plaintiff's optional reply will be due within 14 days of the filing of Defendant's brief (on or before December 8, 2025).

Respectfully submitted,

DATE: October 1, 2025          */s/ Paul Sachelari*\*
                               PAUL SACHELARI
                               Attorney for Plaintiff
                               (\* approved via email on  10/1/25)

                               ERIC GRANT
                               United States Attorney

DATE: October 1, 2025     By   *s/ Marcelo Illarmo*
                               MARCELO ILLARMO
                               Special Assistant United States Attorney

                               Attorneys for Defendant

ORDER

Pursuant to the parties' second stipulation and unopposed motion (Doc. 21), and for good cause shown (Fed. R. Civ. P. 16(b)(4)),

IT IS ORDERED that the Commissioner shall have up to and including November 24, 2025, to serve Defendant's Cross-Motion for Summary Judgment on Plaintiff. All other dates in the Scheduling Order (Doc. 4) are enlarged accordingly.

IT IS SO ORDERED.

Dated:   **October 2, 2025**                        /s/ *Sheila K. Oberto*
                                                          UNITED STATES MAGISTRATE JUDGE