1  ERIC GRANT
   United States Attorney
2  MATHEW W. PILE, WSBA No. 32245.
   Head of Program Litigation 1
3  Social Security Administration
   MARCELO ILLARMO (MABN 670079)
4  Special Assistant United States Attorney
           Program Litigation 1 | Law & Policy
5          Social Security Administration
           6401 Security Boulevard
6          Baltimore, Maryland 21235
           Telephone: (510) 970-4822
7          E-Mail: Marcelo.Illarmo@ssa.gov
8  Attorneys for Defendant
9
                **UNITED STATES DISTRICT COURT**
10
                **EASTERN DISTRICT OF CALIFORNIA**
11

12   BRANDI ARWOOD, *o.b.o.*, D.D.J.,        )  Case No.: 1:25-cv-00736-SKO
                                             )
13                                           )  **STIPULATION AND UNOPPOSED**
                                             )  **MOTION FOR VOLUNTARY REMAND**
14              Plaintiff,                   )  **PURSUANT TO SENTENCE FOUR OF 42**
                                             )  **U.S.C. § 405(g); ORDER**
15         v.                                )
                                             )  (Doc. 23)
16   COMMISSIONER OF SOCIAL SECURITY         )
                                             )
17              Defendant.                   )
                                             )
18                                           )
                                             )
19  _____ )

20

21         IT IS HEREBY STIPULATED, by and between the parties, through their undersigned

22  attorneys, and with the approval of the Court, that the Commissioner of Social Security has

23  agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g).  The

24  purpose of the remand is to offer Plaintiff a new decision.

25         On remand, the Commissioner will offer Plaintiff an opportunity for a hearing; further

26  develop the record as necessary; and issue a new decision. The parties further request that the

27  Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against

28  Defendant, reversing the final decision of the Commissioner.

1

2

Respectfully submitted,

3

Dated: November 19, 2025

*/s/ Francesco Benavides    **
(*as authorized via e-mail on 11/17/25)
FRANCESCO BENAVIDES
Attorney for Plaintiff

4

5

6

7

Dated: November 19, 2025

ERIC GRANT
United States Attorney

8

9

By:    */s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

10

11

Attorneys for Defendant

12

13

14

**ORDER**

15    Based upon the parties' Stipulation and Unopposed Motion for Voluntary Remand to

16    Agency Pursuant to Sentence Four of 42 U.S.C. Section 405(g) and Entry of Judgment, (Doc.

17    23), IT IS ORDERED that the above-captioned matter be remanded to the agency for further

18    administrative proceedings pursuant to sentence four of 42 U.S.C. section 405(g).  Upon remand,

19    the agency will vacate the Administrative Law Judge's (ALJ) decision and remand the case to

20    an ALJ to re-evaluate the evidence and issue a new decision.

21    The Clerk of Court shall enter a final judgment in favor of Plaintiff, and against

22    Defendant, vacating and reversing the final decision of the Commissioner and shall thereafter

23    close this case.

24

25    IT IS SO ORDERED.

26    Dated:    **November 19, 2025**              */s/ Sheila K. Oberto*

27                                                UNITED STATES MAGISTRATE JUDGE

28

Stip. For Voluntary Remand;  Case 1:25-cv-00736-SKO        2